UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL<br>HEALTHCARE SERVICES,<br><br>Defendant. | Case No.  2:25-cv-3633-JDP (P)<br><br>ORDER; FINDINGS AND<br>RECOMMENDATIONS |

Plaintiff, a state prisoner, brings this action and alleges a vague collection of separate constitutional violations.  Before this action can proceed, however, plaintiff must pay the filing fee because he is a "three-striker" within the meaning of 28 U.S.C. § 1915(g).  Plaintiff has had at least three cases dismissed for failure to state a claim upon which relief can be granted.  The court takes judicial notice of the following cases constituting strikes: (1) *Calderon v. Bonta*, 2:23-cv-0212-KJM-EFB (P), dismissed March 26, 2024; (2) *Calderon v. Bonta*, 2:23-cv-1065-DJC-DMC (P), dismissed February 15, 2024; (3) *Calderon v. Covello*, 2:23-cv-1974-DJC-DB (P), dismissed April 1, 2024.  I relied on the same to find that plaintiff was a three-striker in a previous case before me.  *See Calderon v. Holmes*, No. 2:25-cv-1446-TLN-JDP at ECF Nos. 6 & 8.

Plaintiff might be entitled to proceed *in forma pauperis* in spite of this status, if he alleged

1

that he was in imminent danger.  The claims do not make such an allegation, however.  Plaintiff alleges numerous violations against an indeterminate number of unnamed defendants.  He claims that he has been denied access to a tablet, that some correctional employees have conspired with other inmates to sell drugs and other contraband, and that other staff have, in some unspecified way, been accessory to the murder of other inmates.  ECF No. 1 at 3-4.  He does claim that he is dealing with a variety of chronic health issues afflicting his joints, bladder, kidneys, liver, lungs, and other parts of his body, but he makes no specific allegations as to whether these present an immediate physical danger or what defendants are responsible for the implied lack of care.

Accordingly, it is hereby ORDERED that the Clerk of Court assign a district judge this this matter.

Further, it is hereby RECOMMENDED that plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be DENIED and plaintiff be directed to tender the filing fee within twenty-one days of any order adopting these recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.


Dated:    February 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE